3

# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>      Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al*.,<br><br>      Plaintiff,<br><br>vs.<br><br>MARC SALKOVITZ,<br><br>      Defendant. | Adv. Proc. No. 25-50894 (TMH) |

### ORDER APPROVING STIPULATION FOR FURTHER EXTENSION OF TIME FOR THE DEFENDANT TO RESPOND TO THE COMPLAINT

Upon consideration of the *Stipulation for Further Extension of Time for the Defendant to Respond to the Complaint* (the "Stipulation") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1. The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**EXHIBIT 1 TO ORDER**

4902-5422-9876.2 57097.001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[3]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>                Plaintiff,<br><br>vs.<br><br>MARC SALKOVITZ,<br><br>                Defendant. | Adv. Proc. No. 25-50894 (TMH) |

**STIPULATION FOR FURTHER EXTENSION
OF TIME FOR THE DEFENDANT TO RESPOND TO THE COMPLAINT**

        Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Christmas Tree Shops LLC, *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant Marc Salkovitz (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Further Extension of Time for Defendant to Respond to the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

---

[3]     The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

1. The Parties agree and stipulate that the time within which the Defendant may respond to the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby further extended to and including December 7, 2025.

2. Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| | |
|---|---|
| Dated: November 7, 2025 | Dated: November 7, 2025 |
| PACHULSKI STANG ZIEHL & JONES LLP | FOX ROTHSCHILD LLP |
| */s/ Peter J. Keane* | */s/ Howard A. Cohen* |
| Bradford J. Sandler (DE Bar No. 4142) | Howard A. Cohen |
| Peter J. Keane (DE Bar No. 5503) | Fox Rothschild LLP |
| Edward A. Corma (DE Bar No. 6718) | 1201 N. Market Street |
| 919 North Market Street, 17th Floor | Suite 1200 |
| P.O. Box 8705 | Wilmington, DE 19801 |
| Wilmington, DE 19899-8705 (Courier 19801) | Phone: 302-427-5507 |
| Telephone: (302) 652-4100 | Fax: 302-656-8920 |
| Facsimile: (302) 652-4400 | Email: hcohen@foxrothschild.com |
| Email: bsandler@pszjlaw.com | |
|       pkeane@pszjlaw.com | *Counsel to Defendant* |
|       ecorma@pszjlaw.com | *Marc Salkovitz* |

*Counsel to Plaintiff George L. Miller, Chapter 7 Trustee of Christmas Tree Shops, LLC, et al.*