# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                                Bankruptcy Case No.: 23–10576–TMH
Christmas Tree Shops, LLC
    Debtor                                       Bankruptcy Chapter:  7

_____

George L. Miller

    Plaintiff                                    Adv. Proc. No.:  25–50894–TMH

    vs.

MARC SALKOVITZ

    Defendant(s)

### ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

Defendant's Name: MARC SALKOVITZ

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

Stephen L Grant, Clerk of Court

Date: 5/5/26                                             By:  Jermaine Cooper, Deputy Clerk

(VAN–431)