# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                          Bankruptcy Case No.: 23–10576–TMH
Christmas Tree Shops, LLC
    Debtor                               Bankruptcy Chapter:  7
_____

George L. Miller

    Plaintiff                            Adv. Proc. No.:  25–50894–TMH

    vs.

MARC SALKOVITZ

    Defendant(s)

### ENTRY OF DEFAULT

    It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

| |
|---|
| Defendant's Name: MARC SALKOVITZ |

    Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

Stephen L Grant, Clerk of Court

Date: 5/5/26                                  By:  Jermaine Cooper, Deputy Clerk

(VAN–431)

United States Bankruptcy Court
District of Delaware

Miller,

     Plaintiff

Adv. Proc. No. 25-50894-TMH

Salkovitz,

     Defendant

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 05, 2026 | Form ID: van431 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Colin R. Robinson, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801-3034 |
| aty | + | Edward A. Corma, Pachulski Stang Ziehl & Jones, 919 North Market Street, 17th Floor, Wilmington, DE 19801-3034 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | May 05 2026 20:26:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | May 05 2026 20:26:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| pla | | Email/Text: gmiller@mctllp.com | May 05 2026 20:26:00 | George L. Miller, 1628 John F. Kennedy Blvd., Suite 950, Philadelphia, PA 19103-2110 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Marc Salkovitz |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026          Signature:     /s/Gustava Winters

District/off: 0311-1

Date Rcvd: May 05, 2026

User: admin

Form ID: van431

Page 2 of 2

Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

**Name**                                  **Email Address**

Bradford J. Sandler

on behalf of Plaintiff George L. Miller bsandler@pszjlaw.com  abates@pszjlaw.com

Peter J Keane

on behalf of Plaintiff George L. Miller pkeane@pszjlaw.com

TOTAL: 2