# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Christmas Tree Shops, LLC
Debtor

Bankruptcy Case No.: 23−10576−TMH

Bankruptcy Chapter: 7

---

George L. Miller

Plaintiff

Adv. Proc. No.: 25−50894−TMH

vs.

MARC SALKOVITZ

Defendant(s)

**JUDGMENT BY DEFAULT**

On 5/5/26, default was entered against defendant(s) MARC SALKOVITZ. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) MARC SALKOVITZ in the amount of $ 4,240,502.66 plus court filing costs in the amount of $ 350.00.

In addition, interest is hereby awarded to plaintiff at the rate provided in 28 U.S.C. 1961.

Date: 11/2/26

Stephen L Grant, Clerk of Court

(VAN−433a)